# EXHIBIT A

**COVER SHEET**
**§522(f) Avoidance of Liens**
**(To summarize information set forth in the motion)**

Return Date of Motion ___January ‚ 2019___

Debtor(s) ___Lorraine S. Robinson___      Debtor's Attorney ___Michael A. Furlano, Esq.___ Chapter _7_

Date Petition Filed ___9/18/2009___ Trustee ___Lucien A. Morin, II___      Case No. _2-09-22452-JCN_

- [✓] §522(f)(1)(A) Avoidance of Judicial Liens which impair the debtor's exemption in real property
- [ ] §522(f)(1)(B) Avoidance of non-possessory, non-purchase money liens which impairs the debtor's exemption in certain personal property.

**For All Motions**

1. (a) General description of property ___495 Mt. Read Blvd, ROchester, NY 14606___
   (b) Owned by (names and ___Lorraine S. Robinson___
       form of ownership _____
   (c) Market value of property $ _53,100_
   (d) Amount of claimed exemption(s) $ _50,000_

**For §522(f)(1)(A) Motions Only**

2. Signed appraisal, letter valuation or market
   analysis of real property is attached          [✓]      Yes

| 3. Mortgages: | Holder | Date Recorded | Balance Due |
|---|---|---|---|
| (a) | ESL FCU | 4/29/2005 | $1,347.56 |
| (b) | HSBC Mortgage | 5/05/2008 | $40,603.00 |

| 4. Judgment Liens: | Holder | Date Docketed | Amount |
|---|---|---|---|
| (a) | Capital One Bank (USA), N.A. | 8/20/2009 | $10,170.18 |
| (b) | | | |
| (c) | | | |

| 5. Other Liens (including tax liens): | Holder | Date Docketed | Amount |
|---|---|---|---|
| (a) | | | |
| (b) | | | |

6. No deduction from the appraised value of the property for hypothetical expenses of sale is to be made in determining the debtor's equity.

7. Market value of property $ _53,100_____ (-) unavoidable mortgage
   and federal tax liens $ _41,950.56_ (=) equity $ _11,149.44____ (-) exemptions $ _50,000__
   (=) balance if any $ _____ .

**For §522(f)(1)(B)**

8. Holder of lien to be avoided _____

(Revised 9/20/00)                    ( SEE REVERSE)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:                                               **Chapter 7**

**LORRAINE S. ROBINSON**                  <u>**Notice of Motion to Avoid Liens**</u>
                                    **Debtor.**  Bk. No: 2-09-22452-JCN

## NOTICE OF MOTION TO AVOID LIEN

PLEASE TAKE NOTICE OF THE FOLLOWING MOTION BY DEBTOR:

**TIME:**                    **January __, 2019 at 10:00 A.M**
                             Or as soon thereafter as Counsel may be heard

**PLACE:**                   **United States Bankruptcy Court, U.S. Courthouse**
                             100 State Street, Rochester, NY 14614

**RELIEF SOUGHT:**           An Order avoiding the judgment lien of Capital One Bank (USA), N.A.

**PAPERS SUBMITTED:**        (1) Notice of Motion, (2) Motion, (3) Exhibits A – E, (4) proposed order

**PURSUANT TO FRBP 9014 AND THE STANDING ORDERS IMPLEMENTING DEFAULT PROCEDURES IN ROCHESTER AND WATKINS GLEN; IF YOU INTEND TO OPPOSE THE MOTION, AT A MINIMUM, YOU MUST SERVE: (1) THE MOVANT AND MOVANT'S COUNSEL, AND (2) IF NOT THE MOVING PARTY (A) THE DEBTOR AND DEBTOR'S COUNSEL; (B) IN A CHAPTER 11 CASE, THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST CREDITORS; AND (C) ANY TRUSTEE. IN ADDITION, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT WRITTEN OPPOSITION TO THE MOTION NO LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THE MOTION NOTWITHSTANDING THE DECEMBER 1, 2009 AMENDMENTS TO FRBP 9006(a). IN THE EVENT THAT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION UNOPPOSED.**

**Dated**: January __, 2019               **/s/ Michael A. Furlano**
                                          **Michael A. Furlano, Esq.**
                                          LEGAL AID SOCIETY OF ROCHESTER, NY
                                          *Debtor's Attorney*
                                          One West Main Street, Suite 800
                                          Rochester NY 14614
                                          (585) 295-5763

TO:    1. Lucien A. Morin, II    2. Kathleen D. Schmitt         3. Creditors as per
          *Chapter 7 Trustee*       *United States Trustee*         attached list
                                    100 State Street, Room 6090
                                    Rochester, NY 14614

## List of Affected Creditors

1. **Richard D. Fairbank**
   **Chairman, CEO, and President**
   **Capital One Bank (USA), N.A.**
   **1680 Capital One Drive**
   **McLean, Virginia 22102**

2. **Forster and Garbus**
   **60 Vanderbilt Motor Pkwy**
   **Commack, NY 11725**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

LORRAINE S. ROBINSON

Debtor.

Chapter 7

**Proposed Motion to Avoid**
**Liens**

Bk. No: 2-09-22452-JCN

## MOTION TO AVOID LIENS

To: **Honorable Paul R. Warren**
**United States Bankruptcy Judge**

The debtor, Lorraine S. Robinson, by her attorneys, the Legal Aid Society of Rochester,

NY, respectfully represent:

1. Ms. Robinson filed an amended Statement of Financial Affairs on October 1, 2009.

   Schedules A, C, D, and the Statement of Financial Affairs are annexed as Exhibit A.

2. Ms. Robinson now brings this motion under 11 U.S.C. § 522(f) to avoid the judicial lien

   against her homestead located at 495 Mt. Read Boulevard, Rochester, NY 14606. Ms.

   Robinson owns the property by virtue of a warranty deed dated March 5, 1992, and

   recorded on January 20, 1993 in the Monroe County Clerk's office, in Liber 8298 of

   Deeds at Page 3. (Exhibit B).

3. The judgment lien totals $10,170.18. (Exhibit C).

4. The property's fair market value at the time of filing is $53,100. It is unknown how Ms.

   Robinson substantiated the property's value at filing, but customary practice at the Legal

   Aid Society is to obtain a property appraisal. Here, because Ms. Robinson needs to show

   the property's value as of September 18, 2009, she submits a Comparative Market

   Analysis prepared by her current real estate agent. (Exhibit D). That analysis provides

two market prices: (1) the price based on average sales in 2009 is $49,889, and (2) the price based on square footage in 2009 is $58,240. While the CMA does not specify an exact market value, it supports Ms. Robinson's 2009 valuation of $53,100.

## Judgment Lien

5. The following judgment was taken against the Ms. Robinson and are judgment liens against her residence in the Monroe County Clerk's office:

| Holder | Docket Date | Amount | Index No. |
|---|---|---|---|
| Capital One Bank (USA), NA. | 8/20/2009 | $10,170.18 | 2009 CV 5764 (Exhibit C) |

6. Capital One Bank (USA), N.A.'s judgment lien is for $10.170.18. It is an avoidable judicial lien within the purview of 11 U.S.C § 522(f) because it impairs the Debtor's interest in the exempt portion of the property.

7. Ms. Robinson's Schedule A lists the residence's value at $53,100. Schedule D lists two secured debts:

    a. ESL FCU line of credit with a claim of $1,347.56, and

    b. Wells Fargo Home Mortgage with a claim of $40,603.

At the time of filing, Ms. Robinson had $11,149.44 in equity in the residence. Schedule C claims a homestead exemption in the amount of $50,000 pursuant to NY CPLR § 5206(a) which exceeds Ms. Robinson's equity in the residence. The Statement of Financial Affairs lists the judgment lien of Capital One Bank (USA), N.A. against Lorraine S. Robinson in the amount of $10,170.18.

**WHEREFORE**, the Debtor requests an Order against the judgment creditor Capital One Bank (USA), N.A. cancelling and avoiding the judicial lien in its entirety, and directing the Monroe County Clerk's Office to cancel such judgment as of record and for such other and further relief as is just.

2

Dated: January 3, 2018

/s/ Michael A. Furlano
**Michael A. Furlano, Esq.**
*Attorney for Debtor*
Legal Aid Society of Rochester, NY
One West Main Street, Suite 800
Rochester, NY 14614
P: (585) 295-5763
F: (585) 232-2352
mfurlano@lasroc.org

3

Case 2-09-22452-PRW,   Doc 24-2,   Filed 01/03/19,   Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 7 of 50

# EXHIBIT A

In re     **Lorraine Susan Robinson**                          Case No. _____

                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 495 Mt. Read Boulevard, Rochester NY**<br>**Single family home** | **Fee simple** | - | **53,100.00** | **41,950.56** |
| | | Sub-Total > | **53,100.00** | (Total of this page) |
| | | Total > | **53,100.00** | |
| | | | (Report also on Summary of Schedules) | |

  __0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 2-09-22452-JCN, Doc 1, Filed 09/18/09, Entered 09/18/09 12:04:49,
Description: Main Document , Page 6 of 38

Case 2-09-22452-PRW, Doc 24-2, Filed 01/03/19, Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 9 of 50

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  **Lorraine Susan Robinson**                          Case No. _____

                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>Location: 495 Mt. Read Boulevard, Rochester NY<br>Single family home | NYCPLR § 5206(a) | 50,000.00 | 53,100.00 |
| **Household Goods and Furnishings**<br>Living Room: 6 foot sofa, 3 foot loveseat, chair, coffee table, end table, 2 lamps, 1 27" tube television, 1 radio with CD player | NYCPLR § 5205(a)(5) | 660.00 | 660.00 |
| Kitchen: table, chairs (6), refrigerator, stove, 12 pots and frying pans, bowels/dishes/glasses (set), cooking utensils (set) | NYCPLR § 5205(a)(5) | 533.00 | 533.00 |
| Bedroom: 2 beds (1 king, 1 twin), 2 dressers, 1 chest of drawers, 3 night tables (wood) | NYCPLR § 5205(a)(5) | 460.00 | 460.00 |
| Miscellaneous: 1950s sewing machine | NYCPLR § 5205(a)(1) | 20.00 | 20.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>5 computer books | NYCPLR § 5205(a)(2) | 30.00 | 30.00 |
| **Wearing Apparel**<br>Clothing | NYCPLR § 5205(a)(5) | 400.00 | 400.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>Buick LeSabre 58711 miles fair condition | Debtor & Creditor Law § 282(1) | 2,400.00 | 2,340.00 |
| **Animals**<br>Dog | NYCPLR § 5205(a)(4) | 10.00 | 10.00 |
| | Total: | 54,513.00 | 57,553.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Case 2-09-22452-JCN    Doc 1,   Filed 09/18/09,   Entered 09/18/09 12:04:49,
Description: Main Document , Page 11 of 38
Case 2-09-22452-PRW,   Doc 24-2,   Filed 01/03/19,   Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 10 of 50

B6D (Official Form 6D) (12/07)

In re    **Lorraine Susan Robinson**                 Case No. _____

                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| **Account No. xxxxx4012** | | | | | Opened 5/01/05 Last Active 4/06/09 | | | | | |
| Esl Fcu 100 Kings Hwy S Ste 120 Rochester, NY 14617 | | | | | Secured Line of Credit<br><br>Location: 495 Mt. Read Boulevard, Rochester NY Single family home | | | | | |
| | | | | | Value $       53,100.00 | | | | 1,347.56 | 0.00 |
| **Account No. xxxxxxxxx8733** | | | | | Opened 5/01/94 Last Active 5/07/09 | | | | | |
| Wells Fargo Home Mtg Attn:Bankruptcy Department MAC-X 3476 Stateview Blvd. Fort Mill, SC 29715 | | | | | First Mortgage<br><br>Location: 495 Mt. Read Boulevard, Rochester NY Single family home | | | | | |
| | | | | | Value $       53,100.00 | | | | 40,603.00 | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 41,950.56 | 0.00 |
| | | | | | Total (Report on Summary of Schedules) | | | | 41,950.56 | 0.00 |

_0_   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

| | | | |
|---|---|---|---|
| In re | Lorraine Susan Robinson | Case No. | 2-09-22452 |
| | Debtor(s) | Chapter | 7 |

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $730.00 | 2009 YTD: Debtor Employment Income |
| $3,986.00 | 2008: Debtor Employment Income |
| $1,814.00 | 2007: Debtor Employment Income |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $10,314.00 | 2009 YTD: Social Security Disability |
| $12,996.00 | 2008: Social Security Disability |
| $12,708.00 | 2007: Social Security Disability |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Home Mortgage, Inc.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | 7/09, 8/09, 9/09 | $1,465.20 | $42,397.00 |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One Bank (USA), N.A. against Lorraine S. Robinson<br>Index No. B2009020049 | Judgment | Rochester City Court<br>99 Exchange Boulevard<br>Rochester, NY 14614 | Judgment Granted in amount of 10,170.18 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Case 2-09-22452-JCN,   Doc 10,   Filed 10/01/09,   Entered 10/01/09 16:48:10,
Description: Main Document  , Page 2 of 7
Case 2-09-22452-PRW,   Doc 24-2,   Filed 01/03/19,   Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 13 of 50

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Case 2-09-22452-JCN,    Doc 10,    Filed 10/01/09,    Entered 10/01/09 16:48:10,
Description: Main Document  , Page 3 of 7
Case 2-09-22452-PRW,    Doc 24-2,    Filed 01/03/19,    Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 14 of 50

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Legal Aid Society of Rochester(The) 1 West Main St. Suite 800 Rochester, NY 14614 | 5/26/09 | $341 |
| Consumer Credit Counseling Services 50 Chestnut Plaza Rochester, NY 14604 | 6/15/09 | $50 |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| ESL Federal Credit Union Att: Janet Burt, LSD 100 Kings HWY., S. Suite 1200 Rochester, NY 14617-9974 | Checking Account xxxx6433 | Closeout Withdrawal on 6/8/09 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Case 2-09-22452-JCN Doc 20 Filed 10/01/09, Entered 10/01/09 16:48:10, Description: Main Document , Page 4 of 7

Case 2-09-22452-PRW, Doc 24-2, Filed 01/03/19, Entered 01/03/19 15:06:38, Description: Exhibit Proposed Motion to Avoid Lien, Page 15 of 50

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

# EXHIBIT B

# COUNTY OF MONROE
## COUNTY CLERK'S RECORDING PAGE

**RETURN TO:**

*Michael Corsedine*
*309 Nas-tee Temple*
*Bldg*
*Olean, N.Y 14760*

INDEX ___DEED___

BOOK ___8298___ PAGE ___530___

NO. PAGES ___3___

INSTRUMENT ___DEED___

OR ROBINSON, LLOYD W
EE ROBINSON, LORRAINE S

### MORTGAGE TAX

| | |
|---|---|
| FILING FEE | 35.00 |
| 3 PAGE FEE | 9.00 |
| TRANSFER FEE | .00 |
| AFFIDAVIT FEE | 6.00 |
| CAP GAINS FEE | .00 |
| MISC FEE | .00 |
| TOTAL | 50.00 |

SERIAL # _____

CITY/TOWN _____

S.M.A. _____

TRANS. AUTH. _____

TOTAL _____

.00+ CSH: .00 CHK: 50.00
CASHIER: ROSENTHAL, JANE

PAID AT RECORDING

STATE OF NEW YORK) ss:
COUNTY OF MONROE)

RECORDED ON ___01/20/93___ AT ___16:26:01___

BOOK ___8298___ PAGE ___530___ of ___DEED___

PATRICIA L. McCARTHY
MONROE COUNTY CLERK

### TRANSFER TAX

TRANSFER TAX ___10410___

AMOUNT ___.00___

PAID AT RECORDING

Form 15695 N.Y. DEED–QUITCLAIM

SPOONER LEGAL SUPPLY INC, PUNISH-14, 78 NORMAN ROAD
P.O. BOX 1624, BINGHAMTON, NEW YORK 13902-1624

# This Indenture,

Made the 5th day of March Nineteen Hundred and Ninety two

**Between** LLOYD W. ROBINSON, residing at 495 Mt. Read Boulevard, Rochester, New York 14606

party of the first part, and

LORRAINE S. ROBINSON, residing at 495 Mt. Read Boulevard, Rochester, New York 14606

party of the second part,

**Witnesseth** that the party of the first part, in consideration of

One and no/100------------------------------------Dollar ($1.00 )

lawful money of the United States, and other good and valuable consideration paid by the party of the second part, do es hereby remise, release and quitclaim unto the party of the second part, his heirs and assigns forever, all

THAT TRACT OR PARCEL OF LAND situate in the City of Rochester, County of Monroe, New York, known and described as the westerly portion of Lot Nos. 130 and 131 as shown upon a map of "West Blvd." a subdivision of part of Town Lot No. 84, formerly in the Town of Gates, filed in Monroe County Clerk's Office in Liber 22 of Maps, page 23; said westerly portions of Lots 130 and 131 being situate on the west side of Mt. Read Boulevard (formerly Field Road) each front 40 feet thereon, being 40 feet in rear and 102.25 feet in depth.

Also quitclaiming all the right, title and interest of the party of the first part in and to the easterly 5.13 feet of the unnamed alley adjoining the above lots on the west as shown on the map filed in Liber 22 of Maps, page 23. Said alley was abandoned by City Ordinance No. 54-433.

Intending to convey a parcel being 80 feet wide fronting on Mt. Read Boulevard 80 feet in the rear and 107.38 feet in depth on the north and south lines.

This conveyance is subject to all easements, covenants and restrictions of record affecting said premises, if any.

Being the same premises conveyed to party of the first part by deed dated July 11, 1986 and recorded in the Monroe County Clerk's Office on July 23, 1986 in Liber 6940 of Deeds at page 18.

The consideration for this transfer is less than $100.00.

Tax Account No:  105-780-01-050
                 105-780-01-050

Tax Mailing Address:  495 Mt. Read Boulevard
                      Rochester, New York 14603

MONROE COUNTY CLERK

1993 JAN 20 P 4 26

RECORDED

*Together with* the appurtenances and all the estate and rights of the party of the first part in and to said premises,

*To have and to hold* the premises herein granted unto the party of the second part,    his heirs    and assigns forever.

*In Witness Whereof,* the party    of the first part has   hereunto set his hand    and seal    the day and year first above written.

*In Presence of*

*Lloyd W. Robinson*

LLOYD W. ROBINSON

_____

_____

**State of New York** } ss.    On this 24th    day of July
**County of** Monroe    Nineteen Hundred and 92
before me, the subscriber, personally appeared   Lloyd W Robinson

to me personally known and known to me to be the same person described in and who executed the within Instrument, and   he   acknowledged to me that   he   executed the same.

*Charles Henry*

CHARLES E. HENRY JR.
Notary Public in the State of New York
MONROE COUNTY
Commission Expires Feb. 28, 19 92

**State of New York** } ss.    On this    day of
**County of**    Nineteen Hundred and
before me, the subscriber, personally appeared

to me personally known and known to me to be the same person described in and who executed the within Instrument, and   he   acknowledged to me that   he   executed the same.

_____

**Deed**
Quit Claim

LLOYD W. ROBINSON

TO

LORRAINE S. ROBINSON

Dated, July 20, 1892

MICHAEL K. CONSEDINE, ESQ.
310 Masonic Temple Bldg.
Olean, New York 14760

# EXHIBIT C

MONROE COUNTY CLERK'S OFFICE

ROCHESTER,NY

| | |
|---|---|
| Receipt # | 227087 |
| Index | JUDGMENTS |
| Book | Page |
| No. Pages : 2 | |
| Instrument | TRANSCRIPT OF JUDGMENT |
| Date : | 08/20/2009 |
| Time : | 09:43:13AM |
| Control # | **200908200287** |

Return To:

CAPITAL ONE BANK USA NA

ROBINSON,LORRAINE S

Index #     B2009020049

Employee : DianeA

COUNTY FEE MISCELLANEOUS    $      10.00

Total           $      10.00

State of New York

MONROE COUNTY CLERK'S OFFICE

CHERYL DINOLFO

MONROE COUNTY CLERK





| ENT DEBTOR(S) | TRADE OR PROFESSION | JUDGMENT CREDITORS | ATTORNEY/ADDRESS |
|---|---|---|---|
| | | CAPITAL ONE BANK USA NA | FORSTER&GARBUS |
| | | | PO BOX 9030 |
| | | 1680 CAPITAL ONE DRIVE | FARMINGDALE NY 11735 |
| | | MCCLEAN VA 22102 | |
| ,LORRAINE S | UNKNOWN | | |
| | | | |
| T READ BOULEVARD | | | |
| R NY 14606 | | | |

| AMOUNT OF JUDGMENT | | EXECUTION | SATISFIED: | REMARKS |
|---|---|---|---|---|
| DAMAGES: | 9688.75 | RETURNED UNSATISFIED | | |
| COSTS: | 50.00 | | | |
| RSEMENTS: | 86.00 | WHEN | | |
| INTEREST: | 345.43 | | | |
| 'IVE FEES: | 0.00 | TO WHAT EXTENT | | |
| TOTAL: | 10170.18 | | | |

2009 AUG 20 AM 9:43
MONROE COUNTY CLERK
FILED

' RENDERED AND DOCKETED IN ROCHESTER CITY COURT, MONROE COUNTY: JULY 8, 2009 AT 3:56PM

NEW YORK|
         | SS:
F MONROE |

andra Petrella, Chief Clerk of the Rochester City Court, County of Monroe hereby certify that the above
e and correct transcript from the docket of judgments in my office.

mony Whereof, I have hereunto set my name and affixed my official seal this 3 day of August, 2009.

Chief Clerk                                        Clerk

# EXHIBIT D



December 21, 2018



Prepared for:

**Michael Furlano**
495 Mount Read Blvd, Rochester, NY 14606



**Karolyn Edwards**
Lic. RE Salesperson
Gates
2170 Chili Ave
Rochester, NY 14624
(585) 773-5980



**Real Estate Services**

# Property Summary



Real Estate Services



Bedrooms: 3
Bathrooms: 1
Square Feet: 1,414
Property Type: Single-Family
Year Built: 1920

**Michael Furlano**
495 Mount Read Blvd, Rochester, NY 14606

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Location Map



Real Estate Services



| Subject Property | Price | Beds | Baths | Days | SqFt | $/SqFt |
|---|---|---|---|---|---|---|
| 495 Mount Read Blvd, Rochester | | 3 | 1 | | 1,414 | - |

| Sold Properties | Sale Price | Beds | Baths | Days | SqFt | $/SqFt |
|---|---|---|---|---|---|---|
| 1. 94 Wetmore Park, Rochester | $70,000 | 3 | 2 | 10 | 1,512 | $46 |
| 2. 267 Belknap Street, Rochester | $63,000 | 2 | 1.2 | 14 | 1,481 | $43 |
| 3. 67 Fairgate Street, Rochester | $62,000 | 4 | 1 | 30 | 1,237 | $50 |
| 4. 46 Maltby Street, Rochester | $57,500 | 2 | 1 | 7 | 1,132 | $51 |
| 5. 591 Mt. Read Boulevard, Rochester | $56,000 | 2 | 1 | 2 | 948 | $59 |
| 6. 67 Fairgate Street, Rochester | $41,000 | 4 | 1 | 1 | 1,237 | $33 |
| 7. 192 Fairgate Street, Rochester | $35,500 | 2 | 1 | 71 | 1,008 | $35 |
| 8. 1431 Lyell Avenue, Rochester | $34,000 | 3 | 1 | 21 | 1,232 | $28 |
| 9. 193 Wetmore Park, Rochester | $30,000 | 3 | 1 | 12 | 1,158 | $26 |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview



Real Estate Services



*Listing Courtesy of: NYS ALLIANCE*

SOLD

## $70,000

1. 94 Wetmore Park, Rochester, NY
   14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 10 | **$/SqFt:** $46 |
| **List Price:** $74,900 | **Original List Price:** $74,900 | **Sold Price:** $70,000 |
| **% Of List Price:** 93% | **Sold Date:** 11/16/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 3 | **Bathrooms:** 2 | **Property Type:** Residential |
| **Building Style:** Colonial | **Square Feet:** 1,512 | **Year Built:** 1926 |
| **County:** Monroe County | **Tax Amount:** $2,396 | **HOA Dues:** $0 |
| **MLS #:** R924048 | **Subdivision:** Wetmores Amd | **School District:** Rochester |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Eat-In, Formal Dining Room, Pantry Disposal, Dryer, Oven/Range Electric, Range Hood-Exhaust Fan, Refrigerator, Washer | **Fireplace:** 1 | **Exterior:** Aluminum/Steel |
| | **Heat/AC:** Gas, Forced Air, Humidifier | **Senior Community:** No |
| **Basement:** Full | **Floors:** Ceramic-Some, Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | |
| **Garage:** 2 | | |

## Description:

Character & Charm Fills This Well Maintained Colonial! Huge Family Room/With One Of Two Full Baths/With Sliding Glass Doors That Lead To A Large Covered Porch/Patio, Spacious 2 Car Detached Garage!!!Gas Fireplace!!! Updated Mechanics & New Architectural Roof! All Appliances Included!!! Hurry Before Its' Gone!!!

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview



Real Estate Services



Listing Courtesy of: NYS ALLIANCE

SOLD

**$63,000**

2. 267 Belknap Street, Rochester, NY 14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 14 | **$/SqFt:** $43 |
| **List Price:** $66,500 | **Original List Price:** $66,500 | **Sold Price:** $63,000 |
| **% Of List Price:** 95% | **Sold Date:** 06/26/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Bathrooms:** 1,2 | **Property Type:** Residential |
| **Building Style:** Cape Cod | **Square Feet:** 1,481 | **Year Built:** 1955 |
| **County:** Monroe County | **Tax Amount:** $2,687 | **HOA Dues:** $0 |
| **MLS #:** R905868 | **School District:** Rochester | |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Breakfast Bar, Eat-In, Formal Dining Room Dishwasher, Disposal, Dryer, Oven/Range Gas, Range Hood-Exhaust Fan, Refrigerator, Washer | **Fireplace:** 0 | **Exterior:** Vinyl |
| | **Heat/AC:** Gas, Forced Air | **Senior Community:** No |
| | **Floors:** Ceramic-Some, Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | |
| **Basement:** Finished, Full | | |
| **Garage:** 1 | | |

## Description:

This 6 room cape cod is IMMACULATE: INSIDE & OUT!!! The grounds are SPECTACULAR: an oversized 'L' shaped lot with miniature trees, patio, block garage w/attached workshop & new door, & shed. Inside is even better w/professionally finished basement, 1 full & 2 half baths, den, thermopane windows, & OH so much more!!!

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview



Real Estate Services



Listing Courtesy of: *NYS ALLIANCE*

SOLD

## $62,000

3. 67 Fairgate Street, Rochester, NY 14606

## Status/Price:

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Sold | **Days:** | 30 | **$/SqFt:** | $50 |
| **List Price:** | $69,900 | **Original List Price:** | $69,900 | **Sold Price:** | $62,000 |
| **% Of List Price:** | 89% | **Sold Date:** | 11/02/2009 | | |

## Listing Detail:

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms:** | 4 | **Bathrooms:** | 1 | **Property Type:** | Residential |
| **Building Style:** | Cape Cod | **Square Feet:** | 1,237 | **Year Built:** | 1950 |
| **County:** | Monroe County | **Tax Amount:** | $2,280 | **HOA Dues:** | $0 |
| **MLS #:** | R921465 | **Subdivision:** | WETMORE AMD SUB W | **School District:** | Rochester |

## Features:

| | | | | | |
|---|---|---|---|---|---|
| **Kitchen:** | Eat-In, Living/Dining Combo None | **Fireplace:** | 1 | **Exterior:** | Vinyl |
| | | **Heat/AC:** | Gas, Ac-Central, Forced Air | **Senior Community:** | No |
| **Basement:** | Full | **Floors:** | Resilient-Some, Wall to Wall Carpet-Some | | |
| **Garage:** | 1 | | | | |

## Description:

Great Curb Appeal! Vinyl Sided, Huge Fenced Yard, Fire Place, Newer Roof and SOME Newer Windows. All Brand New Carpet, Paint, etc. Move Right In! Easy to show, call lister.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview


Real Estate Services



Listing Courtesy of: NYS ALLIANCE

SOLD

**$57,500**

4. 46 Maltby Street, Rochester, NY 14606

## Status/Price:

| | | |
|---|---|---|
| Status: Sold | Days: 7 | $/SqFt: $51 |
| List Price: $59,900 | Original List Price: $59,900 | Sold Price: $57,500 |
| % Of List Price: 96% | Sold Date: 09/02/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| Bedrooms: 2 | Bathrooms: 1 | Property Type: Residential |
| Building Style: Cape Cod | Square Feet: 1,132 | Year Built: 1940 |
| County: Monroe County | Tax Amount: $2,652 | HOA Dues: $0 |
| MLS #: R914620 | School District: Rochester | |

## Features:

| | | |
|---|---|---|
| Kitchen: Eat-In, Formal Dining Room Dryer, Microwave, Oven/Range Electric, Oven/Range Gas, Refrigerator, Washer | Fireplace: 1 | Exterior: Aluminum/Steel |
| | Heat/AC: Gas, Ac Unit-Wall, Forced Air | Senior Community: No |
| Basement: Finished, Full | Floors: Wall to Wall Carpet-Some | |
| Garage: 2 | | |

## Description:

HUGE fenced-in lot/garden included with this well-maintained cape cod! Formal dining room, 2nd kitchen in basement, screened-in garage, & more! 1st floor den is possible 3rd bedroom.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview


Howard Hanna
Real Estate Services


Listing Courtesy of: NYS ALLIANCE

SOLD

## $56,000

5. 591 Mt. Read Boulevard, Rochester, NY
14606

## Status/Price:

| | | |
|---|---|---|
| Status: Sold | Days: 2 | $/SqFt: $59 |
| List Price: $59,900 | Original List Price: $59,900 | Sold Price: $56,000 |
| % Of List Price: 93% | Sold Date: 07/15/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| Bedrooms: 2 | Bathrooms: 1 | Property Type: Residential |
| Building Style: Cape Cod | Square Feet: 948 | Year Built: 1955 |
| County: Monroe County | Tax Amount: $2,238 | HOA Dues: $0 |
| MLS #: R910113 | School District: Rochester | |

## Features:

| | | |
|---|---|---|
| Kitchen: Eat-In Dishwasher, Disposal, Microwave, Oven/Range Freestanding, Refrigerator | Fireplace: 0 | Exterior: Composition |
| | Heat/AC: Gas, Ac-Central, Electronic Air Filter, Forced Air, Humidifier | Senior Community: No |
| Basement: Full | Floors: Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | |
| Garage: 1 | | |

## Description:

Freshly painted interior! Updated kitchen! Hardwood floors! Breezway for relaxing! Central Air! Very expandable,full attic could be finished for 2 bedrooms.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview



**Real Estate Services**



Listing Courtesy of: NYS ALLIANCE

SOLD

**$41,000**

6. 67 Fairgate Street, Rochester, NY 14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 1 | **$/SqFt:** $33 |
| **List Price:** $44,900 | **Original List Price:** $44,900 | **Sold Price:** $41,000 |
| **% Of List Price:** 91% | **Sold Date:** 06/26/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 4 | **Bathrooms:** 1 | **Property Type:** Residential |
| **Building Style:** Cape Cod | **Square Feet:** 1,237 | **Year Built:** 1950 |
| **County:** Monroe County | **Tax Amount:** $2,473 | **HOA Dues:** $0 |
| **MLS #:** R915098 | **School District:** Rochester | |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Eat-In, Living/Dining Combo None | **Fireplace:** 0 | **Exterior:** Vinyl |
| | **Heat/AC:** Gas, Ac-Central, Forced Air | **Senior Community:** No |
| **Basement:** Full | **Floors:** Resilient-Some, Wall to Wall Carpet-Some | |
| **Garage:** 1 | | |

## Description:

Nice House!!! Needs cosmetics - carpet, paint, updates, etc. May have had a freeze-up. Sold as-Is. Easy to show, on lockbox - call for combo.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

**Karolyn Edwards**
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview


**Howard Hanna**
Real Estate Services



Listing Courtesy of: NYS ALLIANCE

SOLD

**$35,500**

7. 192 Fairgate Street, Rochester, NY
14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 71 | **$/SqFt:** $35 |
| **List Price:** $39,900 | **Original List Price:** $44,900 | **Sold Price:** $35,500 |
| **% Of List Price:** 89% | **Sold Date:** 04/08/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 2 | **Bathrooms:** 1 | **Property Type:** Residential |
| **Building Style:** Ranch | **Square Feet:** 1,008 | **Year Built:** 1954 |
| **County:** Monroe County | **Tax Amount:** $2,270 | **HOA Dues:** $0 |
| **MLS #:** R900533 | **School District:** Rochester | |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Eat-In None | **Fireplace:** 1 | **Exterior:** Brick, Stucco |
| **Basement:** Full | **Heat/AC:** Gas, Ac-Central, Forced Air | **Senior Community:** No |
| **Garage:** 0 | **Floors:** Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | |

## Description:

Nice ranch style city home. Great wood floors, updated bath, large living with woodburning fireplace, central air. A pre approval letter or proof of funds is needed with all offers. Seller will not provide abstract or survey.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview


Real Estate Services


Listing Courtesy of: NYS ALLIANCE

SOLD

**$34,000**

8. 1431 Lyell Avenue, Rochester, NY 14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 21 | **$/SqFt:** $28 |
| **List Price:** $39,900 | **Original List Price:** $39,900 | **Sold Price:** $34,000 |
| **% Of List Price:** 85% | **Sold Date:** 02/13/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 3 | **Bathrooms:** 1 | **Property Type:** Residential |
| **Building Style:** Colonial | **Square Feet:** 1,232 | **Year Built:** 1920 |
| **County:** Monroe County | **Tax Amount:** $2,073 | **HOA Dues:** $0 |
| **MLS #:** R831503 | **School District:** Rochester | |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Eat-In, Formal Dining Room None | **Fireplace:** 1 | **Exterior:** Aluminum/Steel |
| **Basement:** Full | **Heat/AC:** Gas, Forced Air, Radiant | **Senior Community:** No |
| **Garage:** 2 | **Floors:** Ceramic-Some, Hardwood-Some | |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Overview



Real Estate Services



*Listing Courtesy of: NYS ALLIANCE*

SOLD

**$30,000**

9. 193 Wetmore Park, Rochester, NY
14606

## Status/Price:

| | | |
|---|---|---|
| **Status:** Sold | **Days:** 12 | **$/SqFt:** $26 |
| **List Price:** $35,000 | **Original List Price:** $35,000 | **Sold Price:** $30,000 |
| **% Of List Price:** 86% | **Sold Date:** 01/25/2009 | |

## Listing Detail:

| | | |
|---|---|---|
| **Bedrooms:** 3 | **Bathrooms:** 1 | **Property Type:** Residential |
| **Building Style:** Ranch | **Square Feet:** 1,158 | **Year Built:** 1900 |
| **County:** Monroe County | **Tax Amount:** $2,650 | **HOA Dues:** $0 |
| **MLS #:** R831658 | **Subdivision:** WETMORES AMD | **School District:** Rochester |

## Features:

| | | |
|---|---|---|
| **Kitchen:** Eat-in, Formal Dining Room, Living/Dining Combo None | **Fireplace:** 0 | **Exterior:** Aluminum/Steel |
| | **Heat/AC:** Other - See Remarks | **Senior Community:** No |
| **Basement:** Full | **Floors:** Ceramic-Some, Hardwood-Some | |
| **Garage:** 0 | | |

## Description:

Not a drive-by! House has been updated! Sunny 1st floor laundry with ceramic tiled flooring! Great floorplan! Spacious Kitchen area.
Selling 'as-is'/seller will not supply instrument survey or abstract.Taxes estimated-TBD

All information provided is deemed reliable but is not guaranteed and should be independently verified.

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Status Comparisons


Real Estate Services

| | | Bed | Bath | SqFt | Lot SqFt | List Price | $/SqFt | Sold Date | Sale Price | % List $ | Adj Price | Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Subject Property** | | | | | | | | | | | | |
| ★ | 495 Mount Read Blvd, Rochester | 3 | 1 | 1,414 | | | - | - | - | - | - | |
| **Sold Properties** | | | | | | | | | | | | |
| 1. | 94 Wetmore Park, Rochester | 3 | 2 | 1,512 | | $74,900 | $46 | 11/16/2009 | $70,000 | 93% | - | 10 |
| 2. | 267 Belknap Street, Rochester | 2 | 1.2 | 1,481 | | $66,500 | $43 | 06/26/2009 | $63,000 | 95% | - | 14 |
| 3. | 67 Fairgate Street, Rochester | 4 | 1 | 1,237 | | $69,900 | $50 | 11/02/2009 | $62,000 | 89% | - | 30 |
| 4. | 46 Maltby Street, Rochester | 2 | 1 | 1,132 | | $59,900 | $51 | 09/02/2009 | $57,500 | 96% | - | 7 |
| 5. | 591 Mt. Read Boulevard, Rochester | 2 | 1 | 948 | | $59,000 | $59 | 07/15/2009 | $55,000 | 93% | - | 2 |
| 6. | 67 Fairgate Street, Rochester | 4 | 1 | 1,237 | | $44,900 | $33 | 08/26/2009 | $41,000 | 91% | - | 1 |
| 7. | 192 Fairgate Street, Rochester | 2 | 1 | 1,009 | | $39,900 | $35 | 04/08/2009 | $35,500 | 89% | - | 71 |
| 8. | 1431 Lyell Avenue, Rochester | 3 | 1 | 1,232 | | $39,900 | $28 | 02/13/2009 | $34,000 | 85% | - | 21 |
| 9. | 193 Wetmore Park, Rochester | 3 | 1 | 1,159 | | $35,000 | $26 | 01/25/2009 | $30,000 | 86% | - | 12 |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

Case 2-09-22452-PRW, Doc 24-2, Filed 01/03/19, Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 38 of 50

# Side by Side Comparisons



Real Estate Services

|  | Subject Property | Comparable #1 | Comparable #2 | Comparable #3 |
|---|---|---|---|---|
|  |  | |  |  |
| Address | 495 Mount Read Blvd | 94 Wetmore Park | 267 Belknap Street | 67 Fairgate Street |
| City, State, Zip | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 |
| Status | - | Sold | Sold | Sold |
| Bedrooms | 3 | 3 | 2 | 4 |
| Bathrooms | 1 | 2 | 1.2 | 1 |
| Sqft | 1,414 | 1,512 | 1,481 | 1,237 |
| Year Built | 1920 | 1926 | 1955 | 1950 |
| Property Type | Single-Family | Residential | Residential | Residential |
| Building Style | - | Colonial | Cape Cod | Cape Cod |
| Days on Market | - | 10 | 14 | 30 |
| List Price | - | $74,900 | $66,500 | $69,900 |
| Original List Price | - | $74,900 | $66,500 | $69,900 |
| % Of List Price | - | 93% | 95% | 89% |
| Sold Price | - | $70,000 | $63,000 | $62,000 |
| Sold Date | - | 11/16/2009 | 06/26/2009 | 11/02/2009 |
| $/SqFt | - | $46 | $43 | $50 |
| MLS # | - | R924048 | R905868 | R921465 |
| County | - | Monroe County | Monroe County | Monroe County |
| Tax Amount | $0 | $2,396 | $2,687 | $2,280 |
| Subdivision | - | Wetmores Amd | - | WETMORE AMD SUB W |
| School District | - | Rochester | Rochester | Rochester |
| Kitchen | - | Eat-In, Formal Dining Room, Pantry Disposal, Dryer, Oven/Range Electric, Range Hood-Exhaust Fan, Refrigerator, Washer | Breakfast Bar, Eat-In, Formal Dining Room Dishwasher, Disposal, Dryer, Oven/Range Gas, Range Hood-Exhaust Fan, Refrigerator, Washer | Eat-In, Living/Dining Combo None |
| Basement | - | Full | Finished, Full | Full |
| Garage | - | 2 | 1 | 1 |
| Fireplace | - | 1 | 0 | 1 |
| Heat/AC | - | Gas, Forced Air, Humidifier | Gas, Forced Air | Gas, Ac-Central, Forced Air |
| Floors | - | Ceramic-Some, Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | Ceramic-Some, Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | Resilient-Some, Wall to Wall Carpet-Some |
| Exterior | - | Aluminum/Steel | Vinyl | Vinyl |

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Side by Side Comparisons


**Real Estate Services**

|  | **Subject Property** | **Comparable #4** | **Comparable #5** | **Comparable #6** |
|---|---|---|---|---|
|  |  | |  |  |
| Address | 495 Mount Read Blvd | 46 Maltby Street | 591 Mt. Read Boulevard | 67 Fairgate Street |
| City, State, Zip | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 |
| Status | - | Sold | Sold | Sold |
| Bedrooms | 3 | 2 | 2 | 4 |
| Bathrooms | 1 | 1 | 1 | 1 |
| Sqft | 1,414 | 1,132 | 948 | 1,237 |
| Year Built | 1920 | 1940 | 1955 | 1950 |
| Property Type | Single-Family | Residential | Residential | Residential |
| Building Style | | Cape Cod | Cape Cod | Cape Cod |
| Days on Market | - | 7 | 2 | 1 |
| List Price | | $59,900 | $59,900 | $44,900 |
| Original List Price | | $59,900 | $59,900 | $44,900 |
| % Of List Price | - | 96% | 93% | 91% |
| Sold Price | | $57,500 | $56,000 | $41,000 |
| Sold Date | - | 09/02/2009 | 07/15/2009 | 06/26/2009 |
| $/SqFt | - | $51 | $59 | $33 |
| MLS # | - | R914620 | R910113 | R915098 |
| County | - | Monroe County | Monroe County | Monroe County |
| Tax Amount | $0 | $2,652 | $2,238 | $2,473 |
| Subdivision | - | | - | |
| School District | - | | | |
| Kitchen | - | Rochester | Rochester | Rochester |
|  | | Eat-In, Formal Dining | Eat-In Dishwasher, | Eat-In, Living/Dining |
|  | | Room Dryer, Microwave, | Disposal, Microwave, | Combo None |
|  | | Oven/Range Electric, | Oven/Range Freestanding, | |
|  | | Oven/Range Gas, | Refrigerator | |
|  | | Refrigerator, Washer | | |
| Basement | - | Finished, Full | Full | Full |
| Garage | - | 2 | 1 | 1 |
| Fireplace | - | 1 | 0 | 0 |
| Heat/AC | - | Gas, Ac Unit-Wall, Forced | Gas, Ac-Central, Electronic | Gas, Ac-Central, Forced Air |
|  | | Air | Air Filter, Forced Air, | |
|  | | | Humidifier | |
| Floors | | Wall to Wall Carpet-Some | Hardwood-Some, | Resilient-Some, Wall to |
|  | | | Resilient-Some, Wall to | Wall Carpet-Some |
|  | | | Wall Carpet-Some | |
| Exterior | - | Aluminum/Steel | Composition | Vinyl |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Side by Side Comparisons


Real Estate Services

| | Subject Property | Comparable #7 | Comparable #8 | Comparable #9 |
|---|---|---|---|---|
| |  |  |  |  |
| Address | 495 Mount Read Blvd | 192 Fairgate Street | 1431 Lyell Avenue | 193 Wetmore Park |
| City, State, Zip | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 | Rochester, NY 14606 |
| Status | - | Sold | Sold | Sold |
| Bedrooms | 3 | 2 | 3 | 3 |
| Bathrooms | 1 | 1 | 1 | 1 |
| Sqft | 1,414 | 1,008 | 1,232 | 1,158 |
| Year Built | 1920 | 1954 | 1920 | 1900 |
| Property Type | Single-Family | Residential | Residential | Residential |
| Building Style | - | Ranch | Colonial | Ranch |
| Days on Market | - | 71 | 21 | 12 |
| List Price | - | $39,900 | $39,900 | $35,000 |
| Original List Price | - | $44,900 | $39,900 | $35,000 |
| % Of List Price | - | 89% | 85% | 86% |
| Sold Price | - | $35,500 | $34,000 | $30,000 |
| Sold Date | - | 04/08/2009 | 02/13/2009 | 01/25/2009 |
| $/SqFt | - | $35 | $28 | $26 |
| MLS # | - | R900533 | R831503 | R831658 |
| County | - | Monroe County | Monroe County | Monroe County |
| Tax Amount | $0 | $2,270 | $2,073 | $2,650 |
| Subdivision | - | | - | WETMORES AMD |
| School District | - | Rochester | Rochester | Rochester |
| Kitchen | - | Eat-In None | Eat-In, Formal Dining Room None | Eat-In, Formal Dining Room, Living/Dining Combo None |
| Basement | | Full | Full | Full |
| Garage | - | 0 | 2 | 0 |
| Fireplace | - | 1 | 1 | 0 |
| Heat/AC | - | Gas, Ac-Central, Forced Air | Gas, Forced Air, Radiant | Other - See Remarks |
| Floors | - | Hardwood-Some, Resilient-Some, Wall to Wall Carpet-Some | Ceramic-Some, Hardwood-Some | Ceramic-Some, Hardwood-Some |
| Exterior | - | Brick, Stucco | Aluminum/Steel | Aluminum/Steel |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Listing Averages



**Real Estate Services**

## Sold Properties (9)

## Home Averages

| Avg Beds | Avg Baths | Avg SqFt | $/SqFt | Avg Lot SqFt | Avg Days |
|----------|-----------|----------|--------|--------------|----------|
| 2.8 | 1.00 | 1,216 | $41 | 0 | 19 |

## Pricing



Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

Case 2-09-22452-PRW,    Doc 24-2,    Filed 01/03/19,    Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 42 of 50

# Price & Days on Market





**Days on Market**

### Sold Properties

| | | | | | |
|---|---|---|---|---|---|
| 1. | 94 Wetmore Park, Rochester | $70,000 | 3 beds | 2 baths | 10 days |
| 2. | 267 Belknap Street, Rochester | $63,000 | 2 beds | 1.2 baths | 14 days |
| 3. | 67 Fairgate Street, Rochester | $62,000 | 4 beds | 1 baths | 30 days |
| 4. | 46 Maltby Street, Rochester | $57,500 | 2 beds | 1 baths | 7 days |
| 5. | 591 Mt. Read Boulevard, Rochester | $56,000 | 2 beds | 1 baths | 2 days |
| 6. | 67 Fairgate Street, Rochester | $41,000 | 4 beds | 1 baths | 1 days |
| 7. | 192 Fairgate Street, Rochester | $35,500 | 2 beds | 1 baths | 71 days |
| 8. | 1431 Lyell Avenue, Rochester | $34,000 | 3 beds | 1 baths | 21 days |
| 9. | 193 Wetmore Park, Rochester | $30,000 | 3 beds | 1 baths | 12 days |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

Case 2-09-22452-PRW,   Doc 24-2,   Filed 01/03/19,   Entered 01/03/19 15:06:38,
Description: Exhibit Proposed Motion to Avoid Lien, Page 43 of 50

# Price & Size





● **Sold Properties**

| | | | | | |
|---|---|---|---|---|---|
| 1. | 94 Wetmore Park, Rochester | $70,000 | 3 beds | 2 baths | 1,512 SqFt | $46 / SqFt |
| 2. | 267 Belknap Street, Rochester | $63,000 | 2 beds | 1.2 baths | 1,481 SqFt | $43 / SqFt |
| 3. | 67 Fairgate Street, Rochester | $62,000 | 4 beds | 1 baths | 1,237 SqFt | $50 / SqFt |
| 4. | 46 Maltby Street, Rochester | $57,500 | 2 beds | 1 baths | 1,132 SqFt | $51 / SqFt |
| 5. | 591 Mt. Read Boulevard, Rochester | $56,000 | 2 beds | 1 baths | 948 SqFt | $59 / SqFt |
| 6. | 67 Fairgate Street, Rochester | $41,000 | 4 beds | 1 baths | 1,237 SqFt | $33 / SqFt |
| 7. | 192 Fairgate Street, Rochester | $35,500 | 2 beds | 1 baths | 1,008 SqFt | $35 / SqFt |
| 8. | 1431 Lyell Avenue, Rochester | $34,000 | 3 beds | 1 baths | 1,232 SqFt | $28 / SqFt |
| 9. | 193 Wetmore Park, Rochester | $30,000 | 3 beds | 1 baths | 1,158 SqFt | $26 / SqFt |

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Pricing Analysis



**H**oward **H**anna™
Real Estate Services



Approximate Market Value:

**Michael Furlano**
495 Mount Read Blvd, Rochester, NY 14606

### Price Based on Average Sales

| Average Price of Sold Comparable Properties | $49,889 |
| --- | --- |

### Price Based on Square Footage

| | |
| --- | --- |
| Average $/SqFt of Sold Comparable Properties | $41.19 |
| Square Footage of Subject Property | 1,414 |
| Price based on square footage of Subject Property | $58,240 |

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Karolyn Edwards



**Real Estate Services**



## Karolyn Edwards
Lic. RE Salesperson
karolynedwards@howardhanna.com

Gates
2170 Chili Ave
Rochester, NY 14624
http://karolynedwards.howardhanna.com

Mobile Phone: (585) 773-5980
Office Phone: (585) 247-0440

As a lifelong Rochestarian I have a passion for real estate. Whether you are buying or selling I am committed to providing you with exceptional service. My goal is that you are 100% satisfied with the quality of the real estate services that I provide. If I achieve that goal you will want to refer me to all your friends, relatives and business acquaintances.

If you are looking for an agent who

- Puts you first
- Is knowledgeable to list and sell
- Knows Rochester and the surrounding area
- Is honest and ethical
- Is able to provide you with the state of the art technology in your home search

Very simply "Karolyn" is the agent for you. I get the job done!

Organizations:

- Girl Scout Troup Leader
- Active in South Side Little League
- Alumni of the Urban Suburban program

Education:

- Graduate of Wilson Magnet High School
- Attended of Everest Institute
- Attended of Monroe Community College

Specialties

- Buyers agent, Condo/TownHouse, First time Homebuyers, Luxury, New Construction, Residential, Single Family, Water front

**Always available when you need ME.**

**There every step of the way because your satisfaction is KEY.**

Designations

- Greater Rochester Association of Realtors
- National Association of Realtors
- New York State Association of Realtors

---

Karolyn Edwards
Gates

karolynedwards@howardhanna.com
(585) 773-5980

# Karolyn Edwards



**Real Estate Services**

Please visit my website at www.karolynedwards.howardhanna.com

# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:                                                    Chapter 7

      **LORRAINE S. ROBINSON**                **Order**
                      **Debtor.**    **Bk. No: 2-09-22452-JCN**

    **UPON** the motion dated _____ of Debtor, Lorraine S. Robinson, by her

attorneys, the Legal Aid Society of Rochester, NY, seeking an Order to to avoid a judgment lien

held by Capital One Bank (USA), N.A., and any subsequent successor or assignee, on the

Debtor's residence located at 495 Mt. Read Boulevard, Rochester, NY 14606, and

    **WHEREAS,** the Court having had due deliberation thereon, and sufficient cause

appearing therefore; it is

    **ORDERED,** that the judicial lien entered on August 20, 2009 by Capital One Bank

(USA), NA against Lorraine S. Robinson in the Monroe County Clerk's Office, in the amount of

$10,178.18, and indexed at 2009 CV 5764, and attached to Debtor's residence located at 495 Mt.

Read Boulevard, Rochester, NY 14606 is cancelled and avoided in full; and it is further

    **ORDERED,** that the Judgment Creditor will take the necessary steps to cancel said

judgment lien on record by cooperating with the Debtor to the extent necessary to effectuate the

purpose of this order, and lastly

    **ORDERED,** that the presentment of this original Order to the Monroe County Clerk's

Office for recording may be done without further notice to any party and shall be deemed

sufficient on it's face.

IT IS SO ORDERED

Dated: _____ 2019
      Rochester, NY                         _____
                                 Hon. Paul R. Warren
                                 *United States Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:                                                    **Chapter 7**

      **LORRAINE S. ROBINSON**                      <u>**Order**</u>
                          **Debtor.**        **Bk. No: 2-09-22452-JCN**

    **UPON** the motion dated _____ of Debtor, Lorraine S. Robinson, by her

attorneys, the Legal Aid Society of Rochester, NY, seeking an Order to to avoid a judgment lien

held by Capital One Bank (USA), N.A., and any subsequent successor or assignee, on the

Debtor's residence located at 495 Mt. Read Boulevard, Rochester, NY 14606, and

        **WHEREAS,** the Court having had due deliberation thereon, and sufficient cause

appearing therefore; it is

        **ORDERED**, that the judicial lien entered on August 20, 2009 by Capital One Bank

(USA), NA against Lorraine S. Robinson in the Monroe County Clerk's Office, in the amount of

$10,178.18, and indexed at 2009 CV 5764, and attached to Debtor's residence located at 495 Mt.

Read Boulevard, Rochester, NY 14606 is cancelled and avoided in full; and it is further

        **ORDERED,** that the Judgment Creditor will take the necessary steps to cancel said

judgment lien on record by cooperating with the Debtor to the extent necessary to effectuate the

purpose of this order, and lastly

        **ORDERED**, that the presentment of this original Order to the Monroe County Clerk's

Office for recording may be done without further notice to any party and shall be deemed

sufficient on it's face.

IT IS SO ORDERED

Dated: _____2019
      Rochester, NY                          _____
                                  Hon. Paul R. Warren
                                  *United States Bankruptcy Judge*